**OLIN CORPORATION et al., Petitioners,**

**v.**

**The RAILROAD COMMISSION OF TEXAS, Respondent.**

**No. C–4222.**

Supreme Court of Texas.

Nov. 13, 1985.

Scott, Douglas and Luton, Frank Douglas and John W. Camp, Austin, for petitioner.

Jim Mattox, Atty. Gen., Harold G. Kennedy, Asst. Atty. Gen., Austin, for respondent.

PER CURIAM.

The application for writ of error is refused with the notation, "Refused, No Reversible Error."

We approve only the result reached by the court of appeals, 690 S.W.2d 628, which requires Olin Corporation and Tenexplo to pay for the plugging of the well. *See* Tex.Nat.Res.Code Ann. §§ 89.002(a)(3) and 89.042(b) (Vernon Supp.1985).